Angela Freeman
1522 Andover Dr.
Cheyenne WY, 82001
menacronin@yahoo.com



2022 JUL -7 AM 10:52

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ANGELA BETH FREEMAN, mother and as next friend of Ashlyn M. Freeman *minor*, Brooklyn Freeman *minor* and Caitlyn Freeman *minor*<br><br>Plaintiffs,<br><br>v.<br><br>Laramie County School District No 1 President<br>In her official capacity<br>also known as<br>Margaret Crespo<br><br>Defendant. | RESPONSE TO MOTION TO RECONSIDER AND FINDING FACTS AND CONCLUSION OF LAW<br>Case No:0:21-cv-00219 -SWS<br><br>JUDGE SCOTT W. SKAVDAHL |

Comes now, Plaintiffs Angela Beth Freeman by and through their Mother and next friend, Ashlyn M. Freeman, Brooklyn A. Freeman, Caitlyn B. Freeman to Response to Motion to Reconsider and Finding Facts and Conclusion of Law.

Motion to Reconsider is not late. The judgment was on June 8th 2022 starting the 9th thorough the 18th is 10 days. The 18th is on a Saturday and the 19th is Sunday Pros se isn't able to file

electronically. Plaintiff went to court to file on Monday but District Court House was closed due to a holiday. On Tuesday the 21st Plaintiffs filed as soon as District Court house was open.

Defendant denies Plaintiffs statements with no notarized affidavits or documents. The Plaintiffs have affidavits and notarized documents on the Docket of No:0:21-cv-00219-SWS

The Motion to Reconsider accounts for all that was not observed in Final Judgment which lead to an unfair Tile 42 Section 1983 Lawsuit.

**Withrow v. Larkin, 421 US 35 - Supreme Court 1975**

*Not only is a biased decisionmaker constitutionally unacceptable but "our system of law has always endeavored to prevent even the probability of unfairness." In re Murchison, supra, at 136; cf. Tumey v. Ohio, 273 U. S. 510, 532 (1927).*

The Court of Appeals 10th Circuit asks the court to consider "*In evaluating a Rule 12(b)(6) motion to dismiss, courts may consider not only the complaint itself, but also attached exhibits, Indus. Constructors Corp. v. U.S. Bureau of Reclamation, 15 F.3d 963, 964-65 (10th Cir.1994), and documents incorporated into the complaint by reference, Tellabs, Inc. v. Makor Issues & Rights, Ltd., 551 U.S. 308, 127 S.Ct. 2499, 2509, 168 L.Ed.2d 179 (2007); TMJ Implants, Inc. v. Aetna, Inc., 498 F.3d 1175, 1180 (10th Cir. 2007)*". **Smith v. US, 561 F. 3d 1090 - Court of Appeals, 10th Circuit 2009**

**WHEREFORE** Plaintiffs respectfully Move the Court to enter an order for Motion to Reconsider and Finding Facts and Conclusions of Law regarding Judge Skavdahl Final Judgment.

*Respectfully Submitted:*

Dated: July 7 2022

Angela Beth Freeman

# CERTIFICATE OF SERVICE

UNDER PENALTIES OF PERJURY the undersigned certifies that a copy of the forgoing was provided certified mail to:

*Sean W. Scoggin*
*702 Randall Avenue*
*P.O. Box 748*
*Cheyenne Wyo. 82001*
*Attorney for Defendant Margaret Crespo*

Angela Beth Freeman